FILED
November 07, 2024
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SHAWN ERIC MORALES,<br><br>　　　　Defendant. | Case No. 2:24-mj-00132-CSK<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  SHAWN ERIC MORALES , Case No. 2:24-mj-00132-CSK , Charge 21 USC § 846, 841(a)(1), from custody for the following reasons:

　　____ Release on Personal Recognizance

　　____ Bail Posted in the Sum of $ _____

　　　　X   Unsecured Appearance Bond $ 50,000.00

　　　　____ Appearance Bond with 10% Deposit

　　　　____ Appearance Bond with Surety

　　　　____ Corporate Surety Bail Bond

　　　　____ (Other):

____ Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on November 07, 2024, at 3:00 PM.

By: _____
Magistrate Judge Allison Claire