HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700
Fax 916-498-5710
Noa_Oren@fd.org

Attorney for Defendant
SHAWN MORALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>SHAWN MORALES,<br><br>  Defendant. | Case No. 2:24-cr-00304-TLN-2<br><br>**STIPULATION AND ORDER TO MODIFY SPECIAL CONDITIONS OF RELEASE**<br><br>JUDGE:  Hon. Carolyn K. Delaney |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that Mr. Morales's conditions of pretrial release may be modified to remove the condition of a third-party custodian and to substitute the current unsecured bond surety from Ms. Shirley Macias to Ms. Katrina Kaihe.

Mr. Morales has been under Pretrial Services supervision since November 27, 2024.  He is currently subject to a combination of release conditions, including that he must reside with a third-party custodian.  According to his supervising officer, Mr. Morales has been in compliance with all of his release conditions since his release in November 2024; he has never tested positive for any drugs, reports as instructed, as well as independently attends weekly support groups.

Given Mr. Morales's compliance with his conditions of release, Pretrial Services is requesting the removal of the third condition. Pretrial Services is also requesting that the Court allow Ms. Katrina Kaihe to be replace Ms. Shirley Macias as the cosigner of the unsecured

Stipulation and Order
to Modify Special Condition of Release
-1-
*United States v. Morales*, 2:24-cr-00304-TLN-2

1  appearance bond. The defense joins in this request, and given Mr. Morales's performance to
2  date, the government has no objection to the removal of this condition.  The parties and pretrial
3  services officer agree that all other conditions of pretrial release are appropriate and should
4  remain in full force and effect.

5
6  DATED: January 17, 2025                Respectfully submitted,

   HEATHER E. WILLIAMS
7  Federal Defender

   /s/ Noa E. Oren
8  NOA E. OREN
   Assistant Federal Defender
9  Attorney for SHAWN MORALES

10

11 DATED: January 17, 2025                MICHELLE BECKWITH
                                          Acting United States Attorney
12
                                          /s Emily Sauvageau
13                                        EMILY SAUVAGEAU
                                          Assistant United States Attorney

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

The Court hereby removes Mr. Morales's third-party custodian condition adopts his remaining release conditions in full force as specified in Exh. A. The Court also allows the removal of Ms. Shirley Macias from the unsecured bond and allows Ms. Kaihe to sign a replacement unsecured bond.

Dated: January 17, 2025

/s/ Carolyn K. Delaney
_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE